UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JESSICA BIXLER,<br>Plaintiff,<br>v.<br>CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,<br>Defendant. | NO: 2:12-CV-3045-TOR<br>ORDER OF REMAND |

BEFORE THE COURT is the formal mandate of the Ninth Circuit Court of Appeals (ECF No. 34), which gives effect to the Circuit's July 21, 2015, memorandum disposition (ECF No. 33). In its disposition, the Ninth Circuit vacated this Court's Order Granting Defendant's Motion for Summary Judgment and remanded to this Court with instructions to remand to the Commissioner for further proceedings. ECF No. 33.

Pursuant to the Ninth Circuit's mandate, this matter is remanded to the Commissioner for further proceedings consistent with the Circuit's July 21, 2015, memorandum disposition. *See* ECF No. 33.

Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses, and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d).

**IT IS ORDERED:**

Pursuant to the Ninth Circuit's mandate, this matter is **REMANDED** to the Commissioner for further proceedings consistent with the Circuit's July 21, 2015 memorandum disposition.

The District Court Executive is directed to file this Order, enter **JUDGMENT** for Plaintiff, provide copies to counsel, and **CLOSE** the file.

**DATED** September 16, 2015.




THOMAS O. RICE
United States District Judge