AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

|  |  |
|---|---|
| JESSICA BIXLER, | ) |
| *Plaintiff* | ) |
| v. | ) |
|  | ) |
|  | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, |  |
| *Defendant* |  |

Civil Action No.   2:12-CV-3045-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:  This matter is REMANDED to the Commissioner for further proceedings consistent with the Ninth Circuit's July 21, 2015 memorandum disposition.  Judgment is entered in favor of Plaintiff.

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge _____ Thomas O. Rice _____ pursuant to the Ninth Circuit's mandate.

Date:  __September 16, 2015__

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen

*(By) Deputy Clerk*

Linda L. Hansen